FILED

Sep 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### UNITED STATED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAMERON L. ATKINSON, | : | |
| | : | |
| Plaintiff, | : | 3:20-cv-05546-RS |
| | : | |
| v. | : | |
| | : | |
| FACEBOOK, INC., | : | |
| MARK ZUCKERBERG, | : | |
| Defendants. | : | September 16, 2020 |

### REQUEST TO FACILITATE PRO-SE APPEARANCE AND E-FILING

The undersigned and plaintiff in this action, Cameron L. Atkinson, respectfully requests the Court to issue an order removing Attorney Norman A. Pattis' appearance from the above-captioned case so that he may appear pro se and pursue this action with the convenience of filing electronically.

The undersigned submitted a request to pro-se access to electronically file documents in the above-captioned case, and he was instructed to contact the Court's law clerk to obtain instructions on how to ask the Court to issue an order removing Attorney Pattis from the docket so he could appear pro-se. The Court's law clerk instructed him to submit the instant request in writing to her so it could be filed on the Court's docket, and the Court could issue the appropriate order. While the undersigned enjoys an extremely cordial relationship with Attorney Pattis, Attorney Pattis is not admitted to practice before the Court, and the undersigned and Attorney Pattis have been unable to locate local counsel. Consequently, the undersigned has concluded that his only option is to prosecute this action pro-se.

The undersigned assures the Court that he is familiar with using electronic filing systems from his work as a law clerk, that he understands the obligations of both federal

procedural rules and the Court's local rules and will comply with them, and that he will use the electronic filing system appropriately. Consequently, he respectfully requests the Court to issue an order removing Attorney Pattis' appearance from the docket and directing that he be given access to the electronic filing system.

                                                        THE PLAINTIFF

                                                        By: /s/ Cameron L. Atkinson /s/
                                                                 Cameron L. Atkinson
                                                                 31 Bowling Green Drive
                                                                 North Haven, CT 06473
                                                                 860-484-2084
                                                                 atkinsoncameronl@gmail.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 16, 2020, I filed a copy of the foregoing electronically by emailing to the Court's clerk who indicated that she would file it on the above-captioned docket. The Court's electronic filing system will send notice of this filing by e-mail to all parties. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/ Cameron L. Atkinson /s/
                                                        Cameron L. Atkinson