United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAMERON L. ATKINSON,

    Plaintiff,

v.

FACEBOOK INC., et al.,

    Defendants.

Case No. 20-cv-05546-RS

**ORDER REQUESTING CONSENT TO SUBSTITUTION**

Plaintiff's request to proceed *pro se* has been received. Upon filing by Plaintiff's counsel of record of a consent to the substitution, it will be granted, and Plaintiff will be permitted to e-file.

**IT IS SO ORDERED**.

Dated: September 17, 2020

RICHARD SEEBORG
United States District Judge