FILED

OCT 05 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMERON L. ATKINSON, | : |
| Plaintiff, | : Case No. 20-cv-05546-RS |
| v. | : |
| FACEBOOK, INC., MARK ZUCKERBERG, | : |
| Defendants. | : October 1, 2020 |

## PLAINTIFF'S COUNSEL'S CONSENT TO SUBSTITUTION

The undersigned counsel of record for the Plaintiff, Cameron L. Atkinson, hereby consents to his substitution to allow him to proceed pro se in this action. Because the undersigned does not have e-file access himself, he mails or electronically mails the foregoing consent to the Court and respectfully requests that the Clerk file it for him.

By: /s/ NORMAN A. PATTIS /s/
NORMAN A. PATTIS
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
203.393.3017
203.393.9745
npattis@pattislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2020, I filed a copy of the foregoing by mailing or electronically it to the Court Clerk with a request to file it electronically, and I served a copy of the foregoing by mail on anyone unable to accept electronic filing. The Court's electronic filing system will send notice of this filing by e-mail to all parties. Parties may access this filing through the Court's CM/ECF System.

/s/ NORMAN A. PATTIS /s/
NORMAN A. PATTIS