KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
NICHOLAS GREEN - # 323959
ngreen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants Facebook, Inc.
and Mark Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAMERON L. ATKINSON,<br><br>          Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG,<br><br>          Defendants. | Case No. 20-cv-05546-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM INITIAL CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 7-11**<br><br>Judge:       Hon. Richard Seeborg<br><br>Date Filed: August 10, 2020<br><br>Trial Date: None set |

JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM INITIAL CASE
MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 7-11
Case No. 20-cv-05546-RS

1520008

Plaintiff Cameron L. Atkinson ("Plaintiff"), *in propria persona*, and Defendants Facebook, Inc. and Mark Zuckerberg (collectively, "Defendants"), by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, Plaintiff originally filed this lawsuit on November 12, 2019 in the United States District Court for the District of Connecticut;

WHEREAS, Defendants moved to dismiss the case, or in the alternative to transfer it to this Court;

WHEREAS, the District of Connecticut transferred this action to the Northern District of California on July 27, 2020;

WHEREAS, Defendants filed a renewed motion to dismiss Plaintiff's claims in their entirety as well as a request for judicial notice on August 31, 2020;

WHEREAS, Plaintiff notified the Court on September 17, 2020 that he had been unable to obtain local counsel and intended to proceed *pro se*;

WHEREAS, the Court ordered Plaintiff's prior counsel of record to file a consent to substitution of counsel on the same day Plaintiff informed the Court of his intention to proceed *pro se*;

WHEREAS, the Court, on its own motion, continued the hearing on Defendants' renewed motion to dismiss, originally set for October 15, 2020, to December 3, 2020 at 1:30 p.m.;

WHEREAS, Plaintiff's prior counsel filed a consent to substitution of counsel on October 5, 2017;

WHEREAS, the initial case management conference is set for November 12, 2020 at 10:00 a.m.;

WHEREAS, Defendants' motion to dismiss seeks dismissal with prejudice of every cause of action Plaintiff asserts in both his original and supplemental complaints;

WHEREAS, the resolution of Defendants' motion to dismiss will provide the parties and the Court with significant clarity with respect to the remaining issues in the case and the prospect of a negotiated resolution;

WHEREAS, resetting the Initial Case Management conference and all corresponding

2
JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM INITIAL CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 7-11
Case No. 20-cv-05546-RS

1520008

deadlines to a date thirty days after the Court decides Defendants' motion to dismiss will best serve the purposes of judicial economy and conserve party resources;

IT IS THEREFORE HEREBY STIPULATED, subject to Court approval, that:

1. The Initial Case Management Conference currently scheduled for November 12, 2020 at 10:00 a.m. (Doc. 58) and all related deadlines shall be continued;
2. The Court shall re-schedule the Initial Case Management Conference and all related deadlines upon final determination of Defendants' motion to dismiss.

SO STIPULATED AND AGREED.

Dated:  October 19, 2020  KEKER, VAN NEST & PETERS LLP

By:  */s/ Nicholas R. Green*
PAVEN MALHOTRA
NICHOLAS GREEN

Attorneys for Defendants Facebook, Inc. and Mark Zuckerberg

Dated:  October 19, 2020  PLAINTIFF CAMERON L. ATKINSON

By:  */s/ Cameron L. Atkinson*
CAMERON L. ATKINSON

Plaintiff, *in propria persona*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____, 2020

Honorable Richard Seeborg
United States District Judge

3
JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM INITIAL CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 7-11
Case No. 20-cv-05546-RS

1520008

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Nicholas R. Green, am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order for Relief from Initial Case-Management Schedule.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

/s/ Nicholas R Green
Nicholas R. Green

4
JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM INITIAL CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 7-11
Case No. 20-cv-05546-RS

1520008

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On October 19, 2020, I served the following document(s):

>   **JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM INITIAL CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 7-11**

☑  by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Cameron L. Atkinson
atkinsoncameronl@gmail.com

Executed on October 19, 2020, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Nicholas R. Green*
Nicholas R. Green

5
JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM INITIAL CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 7-11
Case No. 20-cv-05546-RS

1520008