Cameron L. Atkinson
Plaintiff – Pro Se
31 Bowling Green Drive
North Haven, CT 06473
Tel: 860-484-2084
Fax: 203-393-9745

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAMERON L. ATKINSON, | : | Case No. 20-cv-05546-RS |
| | : | |
| Plaintiff, | : | **NOTICE OF APPEAL** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FACEBOOK, INC., | : | |
| MARK ZUCKERBERG, | : | |
| Defendants. | : | Date:        December 23, 2020 |

## <u>NOTICE OF APPEAL</u>

The Plaintiff, Cameron L. Atkinson, hereby provides notice that he will appeal the Court's

December 7, 2020 order granting the Defendants' motion to dismiss to the United States Circuit

Court For The Ninth Circuit. *See* Dkt. 75.

Dated:        December 23, 2020          The Plaintiff, Cameron L. Atkinson

By:    <u>/s/ Cameron L. Atkinson /s/</u>
       Cameron L. Atkinson
       Pro Se Plaintiff