| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | FILED<br><br>NOV 17 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CAMERON LEE ATKINSON,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>FACEBOOK, INC.; MARK ZUCKERBERG,<br><br>　　　　Defendants-Appellees. | No.   20-17489<br><br>D.C. No. 3:20-cv-05546-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: THOMAS, Chief Judge, McKEOWN, Circuit Judge, and MOLLOY,[*] District Judge.

Appellee's unopposed motion to amend the case caption in light of its name change from "Facebook, Inc." to "Meta Platforms, Inc" is GRANTED.

---

[*] The Honorable Donald W. Molloy, United States District Judge for the District of Montana, sitting by designation.